UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX TAPIA,

                    Plaintiff,

          -against-                              25cv3626 (LTS)

CORRECTIONAL OFFICER JANE DOE, ET              CIVIL JUDGMENT
AL.,

                    Defendants.

For the reasons stated in the March 11, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).


SO ORDERED.

  Dated:    March 12, 2026
            New York, New York


                              /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                            Chief United States District Judge